### O. M. POWERS v. PAUL MASHBURN.

(Filed 24 March, 1920.)

CIVIL ACTION, tried before *Allen, J.,* at November Term, 1919, of COLUMBUS, upon these issues:

"1. Did the defendant wrongfully and unlawfully assault the plaintiff, as alleged in the complaint? Answer: 'Yes.'

"2. What amount of actual damages is the plaintiff entitled to recover of the defendant? Answer: '$600.' "

Defendant appealed.

*No counsel for plaintiff.*
*Irvin B. Tucker for defendant.*

PER CURIAM. We have carefully examined the assignments of error in this case, and do not think it necessary to discuss them.

We find nothing in them to necessitate another trial.

No error.

---

### HORACE R. DOWELL v. RALEIGH SAVINGS BANK AND TRUST COMPANY.

(Filed 7 April, 1920.)

APPEAL by plaintiff from *Guion, J.,* at the October-November Term, 1919, of WAKE.

*Manning, Kitchin & Mebane and Armistead Jones & Son for plaintiff.*
*R. N. Simms for defendant.*

PER CURIAM. We have carefully examined this case, and can see no error in it which is sufficient ground for a reversal of the judgment. The ruling of the judge upon the evidence appears to be correct, and when the other exceptions are considered, we agree with the court that there was not any evidence which could be held as sufficient in law to support a verdict for the plaintiff; and the judgment of nonsuit was properly allowed. This would still be our conclusion if the rejected evidence had been admitted.

No error.